# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MINNESOTA

---

| | |
|---|---|
| In re: | Case No. 23-41113-KAC |
| IC Media Results, Inc. d/b/a Illingworth Communications, | Chapter 7 |
| Debtor. | |
| Patti J. Sullivan, as chapter 7 trustee of the Bankruptcy estate of the above-named debtor, | |
| Plaintiff, | |
| v. | Adv. Proc. No. 25-04075 |
| VPG Construction Management, LLC, | |
| Defendant. | |

---

## JUDGMENT
---

This proceeding came before the Court, and a decision or order for judgment was duly rendered, Katherine A. Constantine, United States Bankruptcy Judge, presiding.

**IT IS HEREBY ORDERED AND ADJUDGED:** That the transfers are avoided and the Trustee is granted judgment against VPG in the amount of $62,905.00, plus post-judgment interest.

Dated: October 15, 2025

                                                  Tricia Pepin
                                                  United States Bankruptcy Court Clerk

                                                  By: /e/ Caleb Gurujal
                                                  Deputy Clerk